JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

VRASTON TRADING, INC.,                          :

                            Plaintiff,          :

                    v.                          :       Civil Action No. _____

THE DEPOSITORY TRUST &                          :
CLEARING CORPORATION,                           :       **RULE 7.1 STATEMENT**

                            Defendant.          :

                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

08 CIV 7503

AUG 25 2008
U.S.D.C. S.D. N.Y.
CASHIERS


          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Plaintiff certifies that Vraston Trading, Inc. is a

privately held limited liability company.


Dated:  New York, New York
        August 22, 2008



                                        Respectfully submitted,

                                        DREIER LLP

                                        By: _____
                                            Albert L. Jacobs, Jr. (AJ 4211)
                                            Gerard F. Diebner  (GD 5603)
                                            499 Park Avenue
                                            New York, New York  10022
                                            Tel:  (212) 328-6100
                                            Fax:  (212) 652-3801

                                            *Attorneys for Plaintiff*
                                            *Vraston Trading, Inc.*


{00382203.DOC;}